CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 0 6 2019

JULIA C. DUDLEY, CLERK
BY: /s/ _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KOLLMORGEN CORPORATION, ) | |
| ) | Civil Action No. 7:19CV00285 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER OF DISMISSAL** |
| ) | |
| MICHAEL A. CAVALIERI, et al., ) | |
| ) | By: Hon. Glen E. Conrad |
| Defendants. ) | Senior United States District Judge |

The court has before it the plaintiff's notice of dismissal filed in this case pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

It is accordingly,

ADJUDGED and ORDERED

that the above-styled matter is DISMISSED without prejudice, and this case is stricken from the active docket of this court.

The Clerk is hereby directed to send a certified copy of this order to all counsel of record.

Enter this 6th day of June, 2019.

_____
Senior United States District Judge